PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

### DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Lisa Marie Brown

Crim. No.   4:23CR03067

On _____ April 12, 2023 _____ the above named was placed on supervised release for a period of

36 Months.  The supervised releasee has complied with the rules and regulations of supervised release and is no longer in

need of supervision.  It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

*Theresa Rerucha*
*Theresa Rerucha*
*U.S. Probation & Pretrial Services Officer*

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision

and that the proceedings in the case be terminated.

Dated this  22nd  day of  April  , 20 25  .

John M. Gerrard
John M. Gerrard
Senior U.S. District Judge